IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


TRINITY GORE,

      Petitioner,

  v.                                          CV 11-1111 MCA/KBM

WARDEN JAMES JANECKA,

      Respondent.


## ORDER

This matter is before the Court on Petitioner's Amended Habeas Corpus (Doc. 7), and the Court having determined that the Petition may not be subject to summary dismissal and the Petitioner having now paid the filing fee (Doc. 10),

IT IS THEREFORE ORDERED that the Clerk is directed to forward copies of this Order, the Petition (Doc. 7), and an earlier order (Doc. 6) to Respondent and to the New Mexico Attorney General;

IT IS FURTHER ORDERED that Respondent answer the Petition within thirty (30) days from entry of this Order.  Respondent's answer shall advise, but is not limited to, whether Petitioner has exhausted his state court remedies as to the issues raised in the federal petition.  In each case, Respondent shall attach to its answer copies of any pleading pertinent to the issue of exhaustion which was filed by Petitioner in the sentencing court, the state district court, the state court of appeals and the state supreme court, together with copies of all memoranda filed by <u>both</u> parties in support of or in response to those pleadings.  Respondent shall also attach to the answer copies of

all state court findings and conclusions, docketing statements, and opinions issued in Petitioner's state court post-conviction or appellate proceedings.  In the event Respondent denies exhaustion, Respondent shall identify the State procedures currently available to Petitioner given the nature of Petitioner's claims and their procedural history.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE